UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20550**

CR-ALTONAGA

IN RE SEALED INDICTMENT

_____/

/O'SULLIVAN

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, Arrest Warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any Indictment, arrest warrants, or other sealed document for purposes of arrest, or any other necessary cause, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this Indictment become public.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 711233
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9392, Office
(305) 536-7213, Facsimile