UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20550**-CR-ALTONAGA

/ O'SULLIVAN

IN RE SEALED INDICTMENT
_____/

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment, Arrest Warrants, and this Order and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any Indictment, Arrest Warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 31 day of July, 2014.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE