UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA

/O'SULLIVAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1503
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

YURI SUCART,
JORGE AGUSTINE VELAZQUEZ,
    a/k/a "Ugi,"
CHRISTOPHER BENJAMIN ENGROBA,
JUAN CARLOS NUÑEZ, and
LAZARO DANIEL COLLAZO,
    a/k/a "Lazer,"
    a/k/a "Laser,"

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in and around October 2008, and continuing through on or about August 6, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

YURI SUCART,
JORGE AGUSTINE VELAZQUEZ,
a/k/a "Ugi,"
CHRISTOPHER BENJAMIN ENGROBA,
JUAN CARLOS NUÑEZ, and
LAZARO DANIEL COLLAZO,
a/k/a "Lazer,"
a/k/a "Laser,"

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute a Schedule III controlled substance, that is, the anabolic steroid testosterone, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendants, **YURI SUCART, JORGE AGUSTINE VELAZQUEZ, a/k/a "Ugi," CHRISTOPHER BENJAMIN ENGROBA, JUAN CARLOS NUÑEZ, and LAZARO DANIEL COLLAZO, a/k/a "Lazer," a/k/a "Laser,"** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(E)(i) and (iii).

## COUNT 2

On or about December 14, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURI SUCART and
JORGE AGUSTINE VELAZQUEZ,
a/k/a "Ugi,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance.

## COUNT 3

Beginning on or about December 19, 2012, and continuing through on or about December

2

28, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**YURI SUCART and
JORGE AGUSTINE VELAZQUEZ,
a/k/a "Ugi,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance

## COUNT 4

On or about February 13, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURI SUCART and
JORGE AGUSTINE VELAZQUEZ,
a/k/a "Ugi,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance.

## COUNT 5

On or about March 25, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURI SUCART and**
**JORGE AGUSTINE VELAZQUEZ,**
**a/k/a "Ugi,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance.

### COUNT 6

On or about April 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**YURI SUCART and**
**JORGE AGUSTINE VELAZQUEZ,**
**a/k/a "Ugi,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance.

### COUNT 7

On or about August 6, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JORGE AGUSTINE VELAZQUEZ,**
**a/k/a "Ugi," and**
**CHRISTOPHER BENJAMIN ENGROBA,**

4

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(i) and (iii), it is further alleged that this violation involved a mixture and substance containing a detectable amount of testosterone, a Schedule III controlled substance.

## COUNT 8

On or about February 4, 2014, in Broward County, in the Southern District of Florida, the defendant,

### JORGE AGUSTINE VELAZQUEZ
a/k/a "Ugi,"

did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede, the due administration of justice, specifically, interfering with a federal grand jury investigation into a conspiracy to distribute a Schedule III controlled substance, that is, the anabolic steroid testosterone, as charged in Count One of this Indictment, by directing C.A. to discard all text messages between the defendant and C.A.; in violation of Title 18, United States Code, Sections 1503 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which one or more of the defendants has an interest.

2. Upon conviction of any of the violations alleged in the Indictment, the defendants, shall forfeit to the United States, any property constituting, or derived from, any proceeds which

5

the defendants obtained, directly or indirectly as a result of such violation, and any property used or intended to be used by the defendants, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

*[signature]*, Chief, Crim Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

YURI SUCART, et al.,

        **Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami   ____ Key West
____ FTL      ____ WPB      ____ FTP

New Defendant(s)         Yes ____ No ____
Number of New Defendants       ____
Total number of counts         ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   NO
   List language and/or dialect _____

4. This case will take   7   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    ____
   II   6 to 10 days   __X__
   III  11 to 20 days  ____
   IV   21 to 60 days  ____
   V    61 days and over ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   __X__

6. Has this case been previously filed in this District Court? (Yes or No)   Yes ____
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:   N/A
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

        _____
        SHARAD A. MOTIANI
        ASSISTANT UNITED STATES ATTORNEY
        FLORIDA BAR NO. 711233

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: YURI SUCART

**Case No**: _____

Count #: 1

   Conspiracy to distribute testosterone

   Title 21, United States Code, Section 846

**\*Max. Penalty:**    Ten (10) Years' Imprisonment

Counts #: 2-6

   Distribution of testosterone

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**    Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JORGE AGUSTINE VELAZQUEZ a/k/a "Ugi"

**Case No:** _____

Count #: 1

   Conspiracy to distribute testosterone

   Title 21, United States Code, Section 846

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Counts #: 2-7

   Distribution of testosterone

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count #: 8

   Obstruction of Justice

   Title 18, United States Code, Section 1503

**\*Max. Penalty:** Ten (10) Years' Imprisonment

*\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** CHRISTOPHER BENJAMIN ENGROBA

**Case No:** _____

Count #: 1

___Conspiracy to distribute testosterone___

___Title 21, United States Code, Section 846___

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count #: 7

___Distribution of testosterone___

___Title 21, United States Code, Section 841(a)(1)___

**\*Max. Penalty:** Ten (10) Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JUAN CARLOS NUÑEZ

**Case No:** _____

Count #: 1

   Conspiracy to distribute testosterone

   Title 21, United States Code, Section 846

**\*Max. Penalty:**     Ten (10) Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** LAZARO DANIEL COLLAZO, a/k/a "Lazer," a/k/a "Laser"

**Case No:** _____

Count #: 1

Conspiracy to distribute testosterone

Title 21, United States Code, Section 846

**\*Max. Penalty:** Ten (10) Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.