UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-20550-CR-ALTONAGA   (SEALED)

UNITED STATES OF AMERICA,
       Plaintiff,

V.

YURI SUCART,
       Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 08/05/14

_____
Jonathan Goodman
**UNITED STATES MAGISTRATE JUDGE**