# MINUTE ORDER

Page 11

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3       Date: 08/05/14   Time: 1:30 p.m.

Defendant: 1) YURI SUCART        J#: 06578-104  Case #: 14-20550-CR-ALTONAGA SEALED

AUSA: Sharad Motiani        Attorney: Jeffrey Cox - Tmp

Violation: CONSPIRACY TO DISTRIBUTE TESTOSTERONE

Proceeding: Initial Appearance        CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: _____

Bond Set at: STIP $50K CSB Nebbia  Co-signed by: Wife Carmen Sucart

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: Spanish

Disposition: temp app case unsealed Stip Bnd Court adopts

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

(Report RE Counsel:)  8/12  10AM  Duty  Mia

PTD/Bond Hearing:

Prelim/Arraign or Removal:  8/12  10AM  Duty  Mia

Status Conference RE:

D.A.R. 14:47:52        Time in Court: 12 mins

s/ JONATHAN GOODMAN        Magistrate Judge