UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-Altonaga

**UNITED STATES OF AMERICA,**

vs.

**YURI SUCART et al.,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this notice of appearance as counsel of record for the United States of America in this cause.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By: /s/ Michael P. Sullivan
        Michael P. Sullivan
        Assistant United States Attorney
        U.S. Attorney's Office
        Florida Bar No. 134814
        99 N.E. 4th Street, 8th Floor
        Miami, FL 33132
        Telephone: 305-961-9274
        Facsimile: 305-536-4675
        Email: Pat.Sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of August, 2014, the undersigned electronically filed the foregoing document, United States of America's Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ Michael P. Sullivan
Michael P. Sullivan
Assistant United States Attorney