

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
         Plaintiff
- vs

YURI SUCART
         Defendant

CASE NUMBER: CR: 14-20550-CR-ALTONAGA

REPORT COMMENCING CRIMINAL ACTION

06578-104
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT.LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT      (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE   N/A.

(1) DATE AND TIME OF ARREST: 08/05/14   0515   AM ✓   PM ___

(2) LANGUAGE SPOKEN: ENGLISH/SPANISH

(3) OFFENSE CHARGED: CONSPIRACY TO DISTRIBUTE TESTOSTERONE
DISTRIBUTION OF TESTOSTERONE

(4) DATE OF BIRTH: 05/18/1962

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    ( ) COMPLAINT TO BE FILED/ALREADY FILED
( ) BENCH WARRANT FOR FAILURE TO APPEAR
( ) PROBATION VIOLATION WARRANT
( ) PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA

(6) REMARKS: ___

(7) DATE: 08/05/14    (8) ARRESTING OFFICER: Special Agent ALFRED CORTES

(8) AGENCY: DEA MIAMI    (10) PHONE: 954-660-4500

(11) COMMENTS: HIGH BLOOD PRESSURE