UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,
      Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Yuri Sucrat
      Defendant.
_____/

COMES NOW __JEFFREY L. COX__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed): __JEFFREY L. COX__

Counsel's Signature: __/s/ Jeff. Cox__

Address (include City/State/Zip Code):
Sallah Astarita + Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton FL 33431

Telephone: (561) 989-9080     Florida Bar Number: 0173479

Date: 8/5/14