AO 442 (Rev. 01/09) Arrest Warrant

DEA #9594689

FILED by JL D.C.
AUG 12 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

~~SEALED INDICTMENT~~

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **14-20550** |
| YURI SUCART, et al., | ) | **CR-ALTONAGA** |
| | ) | /O'SULLIVAN |
| Defendants. | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* YURI SUCART,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute testosterone, in violation of 21 U.S.C. § 846, and distribution of testosterone, in violation of 21 U.S.C. § 841(a)(1).

Date: 7/31/14

RECEIVED AUG 2014 S/FL WARRANTS

_____
Issuing officer's signature

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

| This warrant was received on *(date)* 08-01-14 | , and the person was arrested on *(date)* 08-05-14 |
|---|---|
| at *(city and state)* Miami, FL by DEA | |

Date: 08-08-14

BY: JOE GODSK, ADUSM, S/FL
*Arresting officer's signature*

AMOS ROJAS JR., U.S. MARSHAL, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: YURI SUCART

$75,000 CSB and $100,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Sharad A. Motiani

Last Known Address: _____

What Facility: _____

Agent(s): Cheryl Ortiz, DEA
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)