UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20550-ALTONAGA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

YURI SUCART,
    Defendant,
_____/

### STIPULATED NEBBIA

After corresponding with AUSA Michael Patrick Sullivan he is satisfied that the Nebbia requirement as to Yuri Sucart has been met.

_____
Michael Patrick Sullivan
Assistant U.S. Attorney
99 NE 4th Street
Miami, Florida 33132

_____
Edward J. O'Donnell, IV
Attorney for Defendant Sucart
8101 Biscayne Boulevard, #311
Miami, Florida 33138
Tel.: 305-573-1000
Fax: 305-573-9304
Fla. Bar #: 111661

### ORDER GRANTING STIPULATED NEBBIA

**ORDERED AND ADJUDGED** that the bond is $50,000.00 - CSB with a Nebbia requirement with all other previous conditions of bond remaining in effect. The Nebbia has been satisfied.

**DONE AND ORDERED** in Miami-Dade County, Florida this _____ day of August, 2014.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE