UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>14-20550-CR-ALTONAGA/O'SULLIVAN</u>

UNITED STATES OF AMERICA

v.

YURI SUCART, et al,

    Defendants.

_____/

# GOVERNMENT'S SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    1.    The government is making available through Imaging Universe in Fort Lauderdale, Florida <u>1</u> thumb drive of transcripts and <u>3</u> CDs of text messages and recordings had by the defendants. An inventory of the discs and thumb drive is available at Imaging Universe. The inventory is numbered to match the number of the discs and thumb drive and details the date of a recording and the defendants involved in the recording. Thus, the defendants can choose whether to purchase some or all of the recordings.

    2.    That portion of the written record containing the substance of any oral statement made by the defendants before or after arrest in response to interrogation by any person then known to the defendants to be a government agent are attached.

    3.    Attached are <u>18</u> CDs which contain customer files, invoices, and interviews of witnesses. An inventory of the discs is available at Imaging Universe. The inventory is numbered to match the number of the discs and identifies the contents of each disc. Thus, the defendants can choose whether to purchase some or all of the discs.

4.  Attached is 1 thumb drive of Biogenesis notes and customer files.

5.  Attached are bank records, bank statements, customer files, and BlackBerry Messenger messages of conversations had by the defendants. An inventory of the records, bank statements, customer files, and BlackBerry Messenger messages is available at Imaging Universe.

6.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants are available at Imaging Universe.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

7.  Attached to this discovery response is 2 CDs containing Reports of investigation.

In total, 21 CDs, 2 thumb drives, and documents bate stamped 1639 - 7662 have been provided to Imaging Universe. An inventory of the bate stamp numbered documents is available at Imaging Universe. The discovery in this matter may be obtained by contacting Ignacio Montero at the following address:

Imaging Universe
3350 S.W. 3rd Ave. Ste. 6
Fort Lauderdale, FL   33315
(954) 468-8442 Office
(954) 468-1950 Fax

Additionally, 2 CDs containing Reports of Investigation are attached to this response, bate stamped 7663-9092.

2

Please contact the undersigned Assistant United States Attorney if there are problems obtaining any of the discovery.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/ Sharad A. Motiani*
Sharad A Motiani
Assistant United States Attorney
Florida Bar No. 711233
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9392
Fax: (305) 536-7213

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed without attachment using CM/ECF.

*s/ Sharad A. Motiani*
Assistant United States Attorney