UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20550-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**YURI SUCART**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion for Payment of Discovery Costs ("Motion") [ECF No. 77]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The costs of printing is authorized to exceed the cap for the copying of discovery and shall be payable directly to Imaging Universe, Inc., a government-contracted and approved copy center, in the amount of $3,135.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of September, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record