UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   <u>14-20550-CR-ALTONAGA/O'SULLIVAN</u>

UNITED STATES OF AMERICA

v.

YURI SUCART, et al,

    Defendants.
_____/

## GOVERNMENT'S THIRD RESPONSE TO THE STANDING DISCOVERY ORDER

    The United States hereby files this third response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    Please find attached two (2) DEA Reports of Investigation bate-stamped numbers <u>9093-9104</u>.

                                          Respectfully submitted,

                                          WIFREDO A. FERRER
                                          UNITED STATES ATTORNEY

                      By:   *s/ Sharad A. Motiani*
                            Sharad A Motiani
                            Assistant United States Attorney
                            Florida Bar No. 711233
                            99 N.E. 4th Street
                            Miami, Florida 33132
                            Tel: (305) 961-9392
                            Fax: (305) 536-7213

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed without attachments using CM/ECF and mailed with attachments by Fedex mail this 11th day of September, 2014 to: Edward Joseph O'Donnell, 8101 Biscayne Boulevard, Suite 311, Miami, FL 33138; George J. Vila, 201 Alhambra Circle, Suite 702, Coral Gables, FL 33134; Anthony Meehan Genova, Biscayne Building, 19 West Flagler Street, Suite 317, Miami, FL 33130; Michael A. Matters, 2929 SW 3rd Avenue, Suite 410, Miami, FL 33129; Frank Quintero, Jr., 75 Valencia Avenue, Suite 800, Coral Gables, FL 33134.

                                                *s/ Sharad A. Motiani*
                                              Assistant United States Attorney