UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20550-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**YURI SUCART**,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on Defendant, Yuri Sucart's Motion for Extension of Time to File Financial Report ("Motion") [ECF No. 95]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall have until October 14, 2014 to file a financial report.

**DONE AND ORDERED** in Miami, Florida, this 17th day of September, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record