UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   14-20550-CR-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

YURI SUCART, et al,

    Defendants.
_____/

## GOVERNMENT'S FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this fourth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- Please find attached one (1) CD containing Citibank records.
- Please find attached one (1) CD containing a notebook from Carlos Acevedo.
- Please find attached one (1) CD containing a DEA Report of Investigation with attachments dated August 11, 2014.
- Please find attached two (2) CDs containing various excel spreadsheets.
- Please find attached one (1) CD containing records from the University of Miami.
- Please find attached three (3) CD containing transcripts of conversations and text messages had by the defendants.
- Please find attached one (1) CD containing various DEA Reports of Investigation, subscriber information for various telephone numbers, Curriculum Vitae and findings for Dr. Jose M. Mandry, translated text message conversation had by Juan Carlos Nuñez, toll records, and records from Gulliver School, Inc.

1

The documents and CDs attached are bate stamped 9,105-9,312.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Sharad A. Motiani
Sharad A Motiani
Assistant United States Attorney
Florida Bar No. 711233
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9392
Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed without attachment using CM/ECF. I also certify that a true and correct copy of the foregoing is being mailed by Fedex mail this 26th day of September, 2014 to: Edward Joseph O'Donnell, 8101 Biscayne Boulevard, Suite 311, Miami, FL 33138; George J. Vila, 201 Alhambra Circle, Suite 702, Coral Gables, FL 33134; Michael A. Matters, 2929 SW 3rd Avenue, Suite 410, Miami, FL 33129; and Frank Quintero, Jr., 75 Valencia Avenue, Suite 800, Coral Gables, FL 33134.

 s/ Sharad A. Motiani
Assistant United States Attorney