UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   <u>14-20550-CR-ALTONAGA/O'SULLIVAN</u>

UNITED STATES OF AMERICA

v.

YURI SUCART, et al,

    Defendants.

_____/

## GOVERNMENT'S FIFTH RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this fourth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- Please find attached one (1) CD containing Citibank records.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   *s/ Sharad A. Motiani*
    Sharad A Motiani
    Assistant United States Attorney
    Florida Bar No. 711233
    99 N.E. 4th Street
    Miami, Florida 33132
    Tel: (305) 961-9392
    Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed without attachment using CM/ECF. I also certify that a true and correct copy of the foregoing is being mailed by Fedex mail this 29th day of September, 2014 to: Edward Joseph O'Donnell, 8101 Biscayne Boulevard, Suite 311, Miami, FL 33138; George J. Vila, 201 Alhambra Circle, Suite 702, Coral Gables, FL 33134; Michael A. Matters, 2929 SW 3rd Avenue, Suite 410, Miami, FL 33129; and Frank Quintero, Jr., 75 Valencia Avenue, Suite 800, Coral Gables, FL 33134.

                                       *s/ Sharad A. Motiani*
                                Assistant United States Attorney