UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20550-ALTONAGA



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

YURI SUCART,
            Defendant.
_____/

## FINANCIAL REPORT

**COMES NOW** the Defendant, **Yuri Sucart**, by and through undersigned counsel, and hereby files his financial report and as grounds therefore states:

1. Yuri Sucart (Defendant) is charged by indictment with one (1) count of conspiracy to distribute testosterone, and five (5) counts of distribution of testosterone.

2. Undersigned counsel was appointed to represent the Defendant on August 14, 2014.

3. Undersigned counsel was ordered to file a financial report regarding Defendant's ability to contribute funds for CJA.

4. The Defendant's after tax monthly income is $5,000.00. With this monthly income he supports his wife, Carmen Sucart and 3 children, Alex Caminero, age 26, Ashley Sucart, age 21, and Yuri Sucart, Jr., age 19. In addition, he will only be receiving this income for 41 more months, after that he will no longer have an income.

5. The Defendant's monthly expenses are as follows:

   a. Automobile Gas - $400.00
   b. Car Payments - $432.00
   c. Car Insurance - $268.00
   d. Blue Cross Insurance - $742.00
   e. FPL - $250.00
   f. Direct TV - $168.00
   g. Internet - $60.00
   h. Macy's Credit Card Minimum Payment- $262.00
   i. Visa Credit Card Minimum Payment - $116.00
   j. BOA Credit Card Minimum Payment - $620.00
   k. 3 Cell Phone Bills - $320.00

      l.  Pool Cleaning - $100.00
     m.  Lawn Maintenance - $200.00
     n.  Fumigation - $30.00
     o.  Groceries - $800.00
     p.  Daughter's Monthly Doctor's Medical Bill - $60.00
     q.  Dog food (3 dogs) - $100.00
     r.  Rabies Shots for dogs - $15.00

**Total for monthly expenses = $4943.00**

6.     The Defendant has no savings, no stocks, bonds, etc. Defendant does not own a home or property in the United States.

7.     The Defendant's wife owns a home in Dominican Republic worth an estimated $50,000.00 American Dollars. The land the home is on was left to her by her family.

8.     Based on the following information, the Defendant is not able to contribute funds for CJA purposes.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed under seal this ____ day of October, 2014, with the Clerk of Court.

Respectfully submitted,

**EDWARD J. O'DONNELL, IV**
Florida Bar No. 111661
8101 Biscayne Blvd., Suite 311
Miami, FL 33138
Tel: 305-573-1000
Fax: 305-573-9304