UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

YURI SUCART,
    Defendant.
_____/

SEALED

FILED by _____ M.C.
OCT 2 2 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**O R D E R ON CJA PAYMENT**

**THIS MATTER** is before the Court pursuant to the financial report of Defendant Yuri Sucart ("Sucart") [D.E. 114]. Based on the information provided in Sucart's financial report, and this Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Yuri Sucart does not have the ability to contribute funds into the Court Registry to defray the cost of counsel appointed pursuant to the Criminal Justice Act.

**DONE AND ORDERED** this 22nd day of October, 2014.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Cecilia M. Altonaga
    Counsel of record