UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20550-ALTONAGA

**UNITED STATES OF AMERICA,**
　　**Plaintiff,**

vs.

**YURI SUCART,**
　　　　**Defendant.**
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND STATUS CONFERENCE

COMES NOW the Defendant, YURI SUCART, by and through undersigned counsel, and hereby waives his right to be present at the Arraignment and Status Conference set for Monday, October 27, 2014, at 10:00AM and 10:30AM. The undersigned has learned that Mr. Sucart has been hospitalized again and is unsure if he will be discharged by Monday to attend the arraignment and status conference.

WHEREFORE, the Defendant, Yuri Sucart hereby waives his right to be present at the Arraignment and Status Conference on Monday, October 27, 2014, at 10:00AM and 10:30AM.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___24th___ day of OCTOBER, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

　　　　　　　　　　　　　　　　　　　　*/s/Edward J. O'Donnell, IV/*
　　　　　　　　　　　　　　　　　　　　**EDWARD J. O'DONNELL, IV**
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 111661
　　　　　　　　　　　　　　　　　　　　8101 Biscayne Blvd., Suite 311
　　　　　　　　　　　　　　　　　　　　Miami, FL 33138
　　　　　　　　　　　　　　　　　　　　Tel: 305-573-1000
　　　　　　　　　　　　　　　　　　　　Fax: 305-573-9304