**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.  14-20550-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**YURI SUCART**,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on October 27, 2014 for a status conference, and upon the Government's *ore tenus* request to have Defendant, Yuri Sucart's Financial Report ("Motion") [ECF No. 114] unsealed.  For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and the Court's Order [ECF No. 113] is set aside.  Defendant's Financial Report [ECF No. 114] and all documents relating to the Report [ECF Nos. 94, 95, 113, 114, and 117] shall be **UNSEALED** and placed on the public docket.  It is further

**ORDERED** that defense counsel shall notify the Court and schedule a hearing when Defendant is able to attend a status conference regarding the Report.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of October, 2014.

_____

**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record