# EXHIBIT 3



If you have questions regarding this Wire Transfer
please call (213)673-7825 or (800)575-5502.

ADVICE OF DEBIT
===============

AMOUNT:                    $ 700,000.00

ACCOUNT #:                 ▓▓▓▓▓▓▓

ACCOUNT NAME:              ALEXANDER EMMANUEL RODRIGUEZ

TRANSACTION:               20130612-0006980

FROM:                      ALEXANDER EMMANUEL RODRIGUEZ

FED REFERENCE:             0612L2LFCK1C002761

RECEIVER:                  CITIBANK, NEW YORK
                           111 WALL ST
                           NEW YORK, NY

BENEFICIARY:               REED SMITH LLP

BENEFICIARY ACCOUNT:       ▓▓▓▓▓▓▓

ORIGIN TO BENEFICIARY:     Acct ALEX RODRIGUEZ SETTLEMENT AGMT
                             REQUEST DTD 6/12/13 [1418] [1150 W
                           330*1]

Disclaimer: the information contained in this facsimile transmission is confidential and may also contain legally privileged information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in error, notify the sender immediately by telephone and return the original message to us by mail. Thank you.

7/25/13 05:17 PM   (213) 427-5115 via VSIFAX                    Page 1 of 1 #355158   ▣



CITY NATIONAL BANK
The way up.*

```
             If you have questions regarding this Wire Transfer
                please call (213)673-7825 or (800)575-5502.

     ADVICE OF DEBIT
     ================

     AMOUNT:                    $ 75,000.00

     ACCOUNT #:                 ▮▮▮▮▮▮▮▮

     ACCOUNT NAME:              ALEXANDER EMMANUEL RODRIGUEZ

     TRANSACTION:               20130725-0006840

     FROM:                      ALEXANDER EMMANUEL RODRIGUEZ

     FED REFERENCE:             0725L2LFCK1C002704

     RECEIVER:                  CITIBANK, NEW YORK
                                111 WALL ST
                                NEW YORK, NY

     BENEFICIARY:               REED SMITH LLP

     BENEFICIARY ACCOUNT:       ▮▮▮▮▮▮▮

     ORIGIN TO BENEFICIARY:     Acct CLIENT ▮▮▮▮▮▮ SUCART SETTLEM
                                ENT PYMT 7/5/13 [1445] [1150 W352*1
                                ]
```

*Disclaimer: the information contained in this facsimile transmission is confidential and may also contain legally privileged information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in ...*

8/02/13 12:39 PM   (213) 427-5115 via VSIFAX                    Page 1 of 1 #363496    ⊞

W 360



## CITY NATIONAL BANK
### The way up.

If you have questions regarding this Wire Transfer
please call (213)673-7825 or (800)575-5502.

ADVICE OF DEBIT
================

AMOUNT:                          $ 75,000.00

ACCOUNT #:                       ████████████

ACCOUNT NAME:                    ALEXANDER EMMANUEL RODRIGUEZ

TRANSACTION:                     20130802-0005416

FROM:                            ALEXANDER EMMANUEL RODRIGUEZ

FED REFERENCE:                   0802L2LFCK1C002246

RECEIVER:                        CITIBANK, NEW YORK
                                 111 WALL ST
                                 NEW YORK, NY

BENEFICIARY:                     REED SMITH LLP

BENEFICIARY ACCOUNT:             06526302

ORIGIN TO BENEFICIARY:           Acct CLIENT ███████ YS SETTLEMENT
                                 PYMT DUE 8/5/13 [1449] [1150 W360*1
                                 ]

Disclaimer: the information contained in this facsimile transmission is confidential and may also contain legally privileged information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in

9/09/13 02:13 PM (213)427-9115 VIA VSIFAX

W375



**CITY NATIONAL BANK**

The way up.

```
          If you have questions regarding this Wire Transfer
              please call (213)673-7825 or (800)575-5502.

    ADVICE OF DEBIT
    =================

    AMOUNT:                   $ 50,000.00

    ACCOUNT #:                ▬▬▬▬▬▬

    ACCOUNT NAME:             ALEXANDER EMMANUEL RODRIGUEZ

    TRANSACTION:              20130909-0006106

    FROM:                     ALEXANDER EMMANUEL RODRIGUEZ

    FED REFERENCE:            0909L2LFCK1C002337

    RECEIVER:                 CITIBANK, NEW YORK
                              111 WALL ST
                              NEW YORK, NY

    BENEFICIARY:              REED SMITH LLP

    BENEFICIARY ACCOUNT:      ▬▬▬▬▬

    ORIGIN TO BENEFICIARY:    Acct CLIENT # ▬▬▬▬ YS SETTLEMENT
                              PYMT DUE 9/4/13 [1464] [1150 W375*1
                              ]
```

*Disclaimer: the information contained in this facsimile transmission is confidential and may also contain legally privileged information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in*