# EXHIBIT 4

| Yuri Sucart Quarter/Year Wages | |
|---|---|
| Quarter | Wages Paid |
| Year 2003 | |
| 1 | $14,166.66 |
| 2 | $14,374.98 |
| 3 | $14,374.98 |
| 4 | $14,374.98 |
| Total | $57,291.60 |
| Year 2004 | |
| 1 | $14,374.98 |
| 2 | $14,374.98 |
| 3 | $14,374.98 |
| 4 | $14,374.98 |
| Total | $57,499.92 |
| Year 2005 | |
| 1 | $14,374.98 |
| 2 | $14,374.98 |
| 3 | $16,770.81 |
| 4 | $14,374.98 |
| Total | $59,895.75 |
| Year 2006 | |
| 1 | $14,374.98 |
| 2 | $14,374.98 |
| 2 | $14,374.98 |
| 4 | $14,374.98 |
| Total | $57,499.92 |
| Year 2007 | |
| 1 | $14,662.48 |
| 2 | $15,237.48 |
| 3 | $15,237.48 |
| 4 | $15,237.48 |
| Total | $60,374.92 |
| Year 2008 | |
| 1 | $16,317.54 |
| 2 | $16,317.54 |
| 3 | $16,317.54 |
| 4 | $16,317.54 |
| Total | $65,270.16 |
| Year 2009 | |
| 1 | $18,817.56 |
| 2 | $18,817.56 |
| 3 | $25,000.02 |
| 4 | $30,500.02 |
| Total | $93,135.16 |

| | Year 2010 | |
|---|---|---|
| | 1 | $25,000.02 |
| | 2 | $25,000.02 |
| | 3 | $25,000.02 |
| | 4 | $35,000.02 |
| | Total | **$110,000.08** |
| | Year 2011 | |
| | 1 | $25,000.02 |
| | 2 | $25,000.02 |
| | 3 | $25,000.02 |
| | 4 | $30,000.02 |
| | Total | **$105,000.08** |
| | Year 2012 | |
| | 1 | $23,814.60 |
| | 2 | $17,887.52 |
| | 3 | $17,887.52 |
| | 4 | $8,943.77 |
| | Total | **$68,533.41** |
| | Year 2013 | |
| | 1 | $9,161.67 |
| | 2 | $15,269.47 |
| | 3 | $18,323.36 |
| | 4 | |
| | Total | **$42,754.50** |
| | Grand Total | **$777,255.50** |



**FLORIDA DEPARTMENT OF REVENUE**
Executive Director
Marshall Stranburg

January 10, 2014

IRS Cheryl L. Blankenship
Drug Enforcement Administration
2100 N Commerce Parkway
Weston, FL 33326-3234

Dear IRS Blankenship:

RE: Subpoena

This is in response to your Subpoena for certified records.

**Yuri Sucart, SS #:** ███████

Enclosed is the wage information on record for the above referenced individual.

If you need further assistance, please call Records Management at 850-617-8489.

Sincerely,

Alp Sulker
Revenue Specialist II
Records Management

Enclosures
by: fax

Child Support Enforcement – Ann Coffin, Director • General Tax Administration – Maria Johnson, Director
Property Tax Oversight – James McAdams, Director • Information Services – Damu Kuttikrishnan, Director

www.myflorida.com/dor
Tallahassee, Florida 32399-0100

**FLORIDA DEPARTMENT OF REVENUE**
Marshall Stranburg
Executive Director

General Tax Administration
Child Support Enforcement
Property Tax Administration
Information Services

Yuri Sucart
SS #: ▓▓▓▓▓▓▓▓▓
Wage Report

| Business Name | Business Address | Quarter/Year | Wages Paid |
|---|---|---|---|
| ALEXANDER E. RODRIGUEZ | 1001 Brickell Bay Dr Fl 9 Miami FL 33131-4937 | 1st/2003 | 14,166.66 |
| | | 2nd/2003 | $14,374.98 |
| | | 3rd/2003 | $14,374.98 |
| | | 4th/2003 | $14,374.98 |
| | | 1st/2004 | $14,374.98 |
| | | 2nd/2004 | $14,374.98 |
| | | 3rd/2004 | $14,374.98 |
| | | 4th/2004 | $14,374.98 |
| | | 1st/2005 | $14,374.98 |
| | | 2nd/2005 | $14,374.98 |
| | | 3rd/2005 | $16,770.81 |
| | | 4th/2005 | $14,374.98 |
| | | 1st/2006 | $14,374.98 |
| | | 2nd/2006 | $14,374.98 |
| | | 3rd/2006 | $14,374.98 |
| | | 4th/2006 | $14,374.98 |
| | | 1st/2007 | $14,662.48 |
| | | 2nd/2007 | $15,237.48 |
| | | 3rd/2007 | $15,237.48 |
| | | 4th/2007 | $15,237.48 |
| | | 1st/2008 | $16,317.54 |
| | | 2nd/2008 | $16,317.54 |
| | | 3rd/2008 | $16,317.54 |
| | | 4th/2008 | $16,317.54 |
| | | 1st/2009 | $18,817.56 |

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT AS IT APPEARS IN THE OFFICE OF THE DEPARTMENT OF REVENUE.

DEPARTMENT OF REVENUE
BY: [signature]

Tallahassee, Florida 32399-0158

**FLORIDA DEPARTMENT OF REVENUE**
Marshall Stranburg
Executive Director

General Tax Administration
Child Support Enforcement
Property Tax Administration
Information Services

Yuri Sucart
SS # 

Wage Report [Page 2]

| Business Name | Business Address | Quarter/Year | Wages Paid |
|---|---|---|---|
| AROD CORPORATION | 110 Blue Ravine Rd Ste 105 Folsom CA 95630-4712 | 2nd/2009 | $18,817.56 |
| | | 3rd/2009 | $25,000.02 |
| | | 4th/2009 | $30,500.02 |
| | | 1st/2010 | $25,000.02 |
| | | 2nd/2010 | $25,000.02 |
| | | 3rd/2010 | $25,000.02 |
| | | 4th/2010 | $35,000.02 |
| | | 1st/2011 | $25,000.02 |
| | | 2nd/2011 | $25,000.02 |
| | | 3rd/2011 | $25,000.02 |
| | | 4th/2011 | $30,000.02 |
| | | 1st/2012 | $23,814.60 |
| | | 2nd/2012 | $17,887.52 |
| | | 3rd/2012 | $17,887.52 |
| | | 4th/2012 | $8,943.77 |
| | | 1st/2013 | $9,161.67 |
| | | 2nd/2013 | $15,269.47 |
| | | 3rd/2013 | $18,323.36 |

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY AS IT APPEARS IN THE OFFICE OF THE ORIGINAL DOCUMENT OF REVENUE THE DEPARTMENT OF REVENUE

BY: [signature]
DEPARTMENT OF REVENUE



Tallahassee, Florida 32399-0158