**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   14-20550-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**YURI SUCART**,

      Defendant.

_____/

**ORDER ON PARTIAL INDIGENCY**
**AND DISTRIBUTION OF AVAILABLE FUNDS**

THIS CAUSE came before the Court on November 3, 2014 for a hearing on Defendant's

Financial Report [ECF No. 114], and the Government's Response [ECF No. 137].   The Court

having found after hearing that private funds are available for payment by the Defendant for partial

reimbursement for the cost of court-appointed counsel, it is

**ORDERED AND ADJUDGED** that on or before the fifteenth (15th) day of every month,

beginning **November 15, 2014**, Defendant shall pay $600.00 toward the cost of court-appointed

counsel.   Payments shall be made to: The Clerk, United States Courts, for deposit in the Treasury

as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C.

section 3006A(f).   The payments shall be sent to: United States District Court, Clerk's Office,

Attention: Financial Section, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7716.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

CASE NO.   14-20550-CR-ALTONAGA