UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   <u>14-20550-CR-ALTONAGA(s)</u>

**UNITED STATES OF AMERICA**

**v.**

**YURI SUCART and,
LAZARO DANIEL COLLAZO,**

    **Defendants.**
_____/

**GOVERNMENT'S ELEVENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this eleventh response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- Please see attached a letter dated January 23, 2014.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:   *s/ Sharad A. Motiani*
      Sharad A Motiani
      Assistant United States Attorney
      Florida Bar No. 711233
      99 N.E. 4th Street
      Miami, Florida 33132
      Tel: (305) 961-9392

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed without attachment using CM/ECF. I also certify that a true and correct copy of the foregoing is being mailed by Fedex mail this 23rd day of December, 2014 to: Edward Joseph O'Donnell, 8101 Biscayne Boulevard, Suite 311, Miami, FL 33138 and Frank Quintero, Jr., 75 Valencia Avenue, Suite 800, Coral Gables, FL 33134.

 *s/ Sharad A. Motiani*
Assistant United States Attorney