AWL:awl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,

v.

YURI SUCART, et al.,

        Defendants.
_____/

## UNITED STATES' NOTICE OF ACTION REGARDING FORFEITURE

The United States of America, by and through the undersigned, Assistant United States Attorney Alison W. Lehr, provides notice of action taken with respect to forfeiture in this case.

General forfeiture allegations were contained in the Indictment and in the Superseding Indictment. No specific property was identified for forfeiture in the charging documents. All defendants entered into plea agreements (D.E. 99, 109, 183, 193, 316 and 323). All of the plea agreements contained general agreements by the defendants to assist with forfeiture. The only plea agreement that identified a specific asset, was the agreement of defendant, Paulo Berejuk (D.E. 183). The identified asset, a boat, was not seized or pursued for forfeiture by the federal government.

The Court did not address forfeiture in three of the Judgment and Commitment Orders (D.E. 222, 320 and 352). In two of the Judgment and Commitment Orders (D.E. 167 and 290) the Court directed that a forfeiture order be submitted in three days if forfeiture was being pursued and in one of the Judgment and Commitment Orders (D.E. 301), the Court directed that a forfeiture order be submitted in three days. No forfeiture order was submitted as there were

no properties identified for criminal forfeiture that were being pursued by the federal government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   *s/ Alison W. Lehr*
Alison W. Lehr
Assistant United States Attorney
FL. Bar No. 444537
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel.: (305) 961-9176
Fax: (305) 536-7599
E-Mail Address: alison.lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*Alison W. Lehr*
Alison W. Lehr
Assistant United States Attorney