UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-CR-20550-CMA-1

UNITED STATES OF AMERICA
        Plaintiff    )
-vs-    )
    )    CLERK NOTICE OF MONTHLY
    )    PAYMENTS RECEIVED FOR CJA
YURI SUCART    )
        Defendant    )
_____)

The Clerk notifies the Court that as of August 27, 2015 a total of $600.00 has been collected. Individual receipts are listed below:

| Receipt No. | Date | Amount Paid |
|---|---|---|
| FLS100090580 | 11/26/2014 | $600.00 |

Filed this 27th day of August 2015.

Steven M. Larimore,
Court Administrator • Clerk of Court

By: _____
Lourdes Paredes, Deputy Clerk

C: United States District Judge Altonaga