UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

YURI SUCART,

    Defendant.
_____/

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this response to defendant's motion to modify conditions of supervised release (DE 363). The defendant is requesting to have his electronic monitoring device removed because he suffers from thrombosis. The United States has no objection to this request.

          Respectfully Submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:  /s/ Sharad A. Motiani
      SHARAD A. MOTIANI
      Assistant United States Attorney
      Florida Bar No. 711233
      United States Attorney's Office
      99 Northeast 4th Street, Suite 700
      Miami, Florida 33132
      (305) 961-9392/(305) 536-7213 (fax)
      Sharad.A.Motiani@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this response was electronically filed via CM-ECF on January 4, 2016.

                              By:    /s/ Sharad A. Motiani
                                      SHARAD A. MOTIANI
                                      ASSISTANT UNITED STATES ATTORNEY