PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No.571131

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:14-20550-CR-ALTONAGA-1

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Yuri Sucart

Name of Sentencing Judicial Officer: The Honorable Cecilia M. Altonaga, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: June 4, 2015

Original Offense: Count Two: Conspiracy to distribute human growth hormone, 18 U.S.C. §371, a Class C felony.

Original Sentence: Seven months custody of the Bureau of Prisons, one year supervised release, $100 special assessment and a $5,000 fine. Special Conditions: The defendant shall: 1) participate in the Home Detention Electronic Monitoring Program for a period of 6 months; 2) provide complete access to financial information; 3) submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; and 4) at the completion of the defendant's term of imprisonment, surrender to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of the defendant's arrival.

Type of Supervision: Supervised Release          Date Supervision Commenced: December 18, 2015

### PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[x]  To modify the conditions of supervision as follows:

**The defendant shall pay his fine at the rate of $500 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of court fine and report to the court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No.571131

## CAUSE

1. **Violation of Mandatory Condition,** by failing to satisfy the court-ordered fine. On June 4, 2015, restitution in the amount of $5,000.00 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered.

   The defendant was Court ordered to pay a fine in the sum of $5,000.00. The defendant is currently unemployed but is receiving a severance payment from his previous employer, in amount of $5,000.00 a month. However, the defendant is the sole provider of the family at this time. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $500.00 per month towards the Court-Ordered fine.

   The defendant was presented with this information and concurred with our assessment. He consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing a fine payment at $500.00 per month commencing in March 2016, and every month thereafter.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay his court-ordered fine at the rate of $500.00 per month.

by

Respectfully submitted,

Juan F. Lora  
2016.03.07 10:31:41 -05'00'

Juan F. Lora  
United States Probation Officer  
Phone: (305) 259-1319  
Cellular: (954) 790-0539  
Date: March 7, 2016

Teresa L. Graham  
2016.03.07 09:52:16 -05'00'

---

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[✓]   The Modification of Conditions as Noted Above  
[ ]   Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

3/10/2016  
_____  
Date