PROB 12B
(SD/FL 9/96)

SD/FL PACTS No.571131

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:14-20550-CR-ALTONAGA-1

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Yuri Sucart

Name of Sentencing Judicial Officer: The Honorable Cecilia M. Altonaga, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: June 4, 2015

Original Offense:   Count Two: Conspiracy to distribute human growth hormone, 18 U.S.C. §371, a Class D felony.

Original Sentence:  Seven months custody of the Bureau of Prisons, one year supervised release, $100 special assessment and a $5,000 fine. Special Conditions: The defendant shall: 1) participate in the Home Detention Electronic Monitoring Program for a period of 6 months; 2) provide complete access to financial information; 3) submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; and 4) at the completion of the defendant's term of imprisonment, surrender to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of the defendant's arrival.

On August 20, 2015, Your Honor agreed with this officer's recommendation and ordered that her conditions of supervised release be modified establishing his restitution payments at $500 per month.

Type of Supervision: Supervised Release        Date Supervision Commenced: December 18, 2015

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall pay his fine at the rate of $615 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of court fine and report to the court any material change in the defendant's ability to pay.

## CAUSE

PROB 12B                                                           SD/FL PACTS No.571131
(SD/FL 9/96)

    Throughout the defendant's term of supervised release, this office has been monitoring his ability to make his court-ordered fine payment. The defendant has paid the court-ordered restitution to the best of his financial ability. His term of supervised release is scheduled to terminate on December 17, 2016 and he will be unable to satisfy this financial obligation in full at expiration of his supervision with the current payment schedule of $500 per month. To date, the defendant has complied with the court-ordered payment schedule and he has paid $1,525.00. Furthermore, he has complied with all other conditions of supervised release.

    The defendant's financial situation has remained unchanged since our last financial investigation on or about February 12, 2016. At that time, an assessment of his finances was conducted to determine the amount he could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. He continues to receive a settlement payment from his previous employer in the amount of $5,000.00 per month. The defendant is unable to work because of an expired permanent resident card and is currently awaiting work authorization from immigration. However, he agreed to increase his monthly payments to $615.00 so that he will be able to satisfy the balance of the court ordered fine by the expiration of his supervision.

    The defendant was presented with this information and concurred with our assessment. He consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing a fine payment at $615 per month commencing in August 2016, and every month thereafter.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay his court-ordered fine at the rate of $615 per month and allow the defendant's term of supervised release to expire on December 17, 2016.

                                                                        Respectfully submitted,

by                Juan F. Lora
                    2016.07.11
                    11:56:25 -04'00'
Juan F. Lora
United States Probation Officer
Phone: (305) 259-1319
Cellular: (954) 790-0539
Date: July 11, 2016

---

**THE COURT ORDERS:**

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

July 14, 2016
_____
Date